JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSALVA LAGUNAS,<br><br>        Plaintiff,<br><br>   v.<br><br>COUNTRYWIDE HOME LOANS, INC., DOE 1, and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1603-VAP (PLAx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: December 11, 2008

_____
VIRGINIA A. PHILLIPS
United States District Judge